# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cox Airparts LLC, | No. CV-21-02213-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Bruce Brown, et al., | |
| Defendants. | |

After review of the docket, the Court notes that service on Defendant Bruce Brown d/b/a Arizona Aircraft Accessories was made on January 28, 2022. No answer has been filed and no application for entry of default has been made.

IT IS ORDERED that counsel for the Plaintiff file a status report within 7 days of the date of this Order.

IT IS FURTHER ORDERED that the matter will be dismissed without further notice 7 days from the date of this Order if counsel fails to file a status report.

Dated this 24th day of February, 2022.

Susan R. Bolton
United States District Judge