|  | |
|---|---|
| Cox Airparts LLC, | **NO. CV-21-02213-PHX-SRB** |
| Plaintiff, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| Bruce Brown, et al., | |
| Defendants. | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Bruce Brown, Arizona Aircraft Accessories LLC, and Warrior Enterprises Incorporated.

DEFAULT ENTERED this 25th day of February, 2022.

Debra D. Lucas
District Court Executive/Clerk of Court

February 25, 2022

By s/ S. Hargrove
Deputy Clerk