# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cox Airparts LLC, a Kansas limited liability company;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Bruce Brown, in his individual capacity d/b/a Arizona Aircraft Accessories; Kevin Brown, in his individual capacity, d/b/a Arizona Aircraft Accessories; Arizona Aircraft Accessories LLC, Michael Polve, in his individual capacity, and MJP Services, LLC, an Arizona Limited Liability Company; Warrior Enterprises, Inc.,<br><br>　　　　Defendants. | Case No.: CV 21-02213-PHX-SRB<br><br>**ORDER** |

　　This matter having come before the Court on Plaintiff Cox Airparts, LLC's, Motion for Alternative Service (the "Motion") (Doc. 7), and the Court having considered Plaintiff's Motion, the Court finds that personal service of process upon

-1-

Defendants Kevin Brown, Michael Polve, and MJP Services, LLC, in this action has proven impracticable.

Based upon the foregoing, and good cause appearing therefor:

**IT IS ORDERED** that Plaintiff may serve Defendant Kevin Brown, by First Class U.S. Mail sent to 662 W ASTER CT, CHANDLER, AZ 85248;

**IT IS FURTHER ORDERED** that Plaintiff may serve Defendants Michael Polve, and MJP Services, LLC in this action by First Class U.S. Mail sent to 11261 E Stearn Ave, Mesa AZ 85212;

**IT IS FURTHER ORDERED** that Plaintiff email the Summons, Complaint, the Declaration of Richard Cox and a copy of this Order to Kevin Brown and Michael Polve; and

**IT IS FURTHER ORDERED** that Plaintiff shall file with the Court evidence of mailing a copy of the Summons, Complaint, Declaration of Richard Cox with exhibits, and this Order to each Defendant served by First Class U.S. Mail.

Dated this 1st day of March, 2022.

_____
Susan R. Bolton
United States District Judge