**Spire Law, LLC**
Whitney M. DuPree, Esq. (AZ Bar No. 035061)
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
Email: whitney@spirelawfirm.com
sarah@spirelawfirm.com
laura@spirelawfirm.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Cox Airparts LLC, a Kansas limited liability company;**<br>　　　　　　　Plaintiff,<br><br>v.<br><br>**Bruce Brown, in his individual capacity d/b/a Arizona Aircraft Accessories; Kevin Brown, in his individual capacity, d/b/a Arizona Aircraft Accessories; Arizona Aircraft Accessories LLC, Michael Polve, in his individual capacity, and MJP Services, LLC, an Arizona Limited Liability Company; Warrior Enterprises, Inc.,**<br><br>　　　　　　　Defendants. | No. 2:21-cv-02213-SRB<br><br>**DEFENDANTS' NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE of the appearance of Whitney M. DuPree, Esquire of Spire Law, LLC, as Attorneys for Defendants, Bruce Brown, Kevin Brown, Michael Polve, Arizona Aircraft Accessories LLC, MJP Services, LLC, and Warrior Enterprises, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

In accordance with the Arizona Rule of Civil Procedure, Whitney M. DuPree, Esquire, and the law firm of Spire Law LLC hereby designates the following email addresses:

| **Primary Email Address** | **Secondary Email Address** |
|---|---|
| whitney@spirelawfirm.com | sarah@spirelawfirm.com |
| | filings@spirelawfirm.com |

Dated this 31st day of March, 2022.

Respectfully submitted,
Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: /s/Whitney M. DuPree
    Whitney M. DuPree, Esq.
    Arizona Bar No. 035061
    whitney@spirelawfirm.com
    sarah@spirelawfirm.com
    laura@spirelawfirm.com

Attorney for Defendants

Original electronically filed
this 31st day of March, 2022, to:

Michael Campillo, Esq.
VENJURIS, P.C.
1938 East Osborn Rd.
Phoenix, Arizona 85016
mcampillo@venjuris.com
*Attorneys for Plaintiff*