**Spire Law, LLC**
Whitney M. DuPree, Esq. (AZ Bar No. 035061)
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
Email: whitney@spirelawfirm.com
sarah@spirelawfirm.com
laura@spirelawfirm.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Cox Airparts LLC, a Kansas limited liability company;**<br>            Plaintiff,<br><br>v.<br><br>**Bruce Brown, in his individual capacity d/b/a Arizona Aircraft Accessories; Kevin Brown, in his individual capacity, d/b/a Arizona Aircraft Accessories; Arizona Aircraft Accessories LLC, Michael Polve, in his individual capacity, and MJP Services, LLC, an Arizona Limited Liability Company; Warrior Enterprises, Inc.,**<br><br>            Defendants. | No. 2:21-cv-02213-SRB<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

### **MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Pursuant to Rule 83.3(b)(2), Local Federal Rules of Civil Procedure, Whitney M. DuPree, Esquire of Spire Law, LLC (collectively "Spire Law") hereby moves this Court for an order granting permission to withdraw as attorney of record for Defendants, Bruce Brown, Kevin Brown, Michael Polve, Arizona Aircraft Accessories LLC, MJP Services, LLC, and Warrior Enterprises ("Defendants").

The reason for requesting such a withdraw is based on professional consideration and is a matter of attorney/client privilege. Defendants have been notified in writing of the status of the case. There are currently no pending deadlines.

To facilitate future communications with Defendants, the following contact information has been provided:

>Arizona Aircraft Accessories LLC
>Kevin Brown- kbfire@gmail.com
>Michael Polve- michaelpolve@hotmail.com
>Bruce Brown- bruceb@arizonaaircraft.com
>480-620-4946
>7722 E Velocity Way
>Mesa, AZ 85212

WHEREFORE, Whitney DuPree Esq. and Spire Law, LLC respectfully request that that they be permitted to withdraw as counsel for Defendants, and that the Court stay this matter for 30 days to allow Defendants to retain new counsel.

Dated this 8th day of April, 2022.

>Respectfully submitted,
>Spire Law, LLC
>2572 W. State Road 426, Suite 2088
>Oviedo, Florida 32765
>
>By: */s/Whitney M. DuPree*
>    Whitney M. DuPree, Esq.
>    Arizona Bar No. 035061
>    whitney@spirelawfirm.com
>    sarah@spirelawfirm.com
>    laura@spirelawfirm.com
>
>Attorney for Defendants

1  Original electronically filed
   this 8th day of April, 2022, to:
2
3  Michael Campillo, Esq.
   VENJURIS, P.C.
4  1938 East Osborn Rd.
   Phoenix, Arizona 85016
5  mcampillo@venjuris.com
6  *Attorneys for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Spire Law, LLC**
Whitney M. DuPree, Esq. (AZ Bar No. 035061)
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
Email: whitney@spirelawfirm.com
sarah@spirelawfirm.com
laura@spirelawfirm.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Cox Airparts LLC, a Kansas limited liability company;**<br>Plaintiff,<br><br>v.<br><br>**Bruce Brown, in his individual capacity d/b/a Arizona Aircraft Accessories; Kevin Brown, in his individual capacity, d/b/a Arizona Aircraft Accessories; Arizona Aircraft Accessories LLC, Michael Polve, in his individual capacity, and MJP Services, LLC, an Arizona Limited Liability Company; Warrior Enterprises, Inc.,**<br><br>Defendants. | No. 2:21-cv-02213-SRB<br><br>**CERTIFICATE ACCOMPANYING MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL** |

### CERTIFICATE ACCOMPANYING MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL

Pursuant to Rule 83.3(b)(2), undersigned counsel, Whitney M. DuPree, hereby certifies that she has notified of the withdraw and has notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions, by sending such notice to Defendants via email.

Dated this 8th day of April, 2022.

4

1
2
3
4
5
6
7
8
9

                                                                     Respectfully submitted,
                                                                     Spire Law, LLC
                                                                     2572 W. State Road 426, Suite 2088
                                                                     Oviedo, Florida 32765

                                                                    By: <u>*/s/Whitney M. DuPree*</u>
                                                                          Whitney M. DuPree, Esq.
                                                                          Arizona Bar No. 035061
                                                                          whitney@spirelawfirm.com
                                                                          sarah@spirelawfirm.com
                                                                          laura@spirelawfirm.com

                                                                   Attorney for Defendants

10
11 Original electronically filed
    this 8th day of April, 2022, to:
12
13 Michael Campillo, Esq.
    VENJURIS, P.C.
14 1938 East Osborn Rd.
    Phoenix, Arizona 85016
15 mcampillo@venjuris.com
16 *Attorneys for Plaintiff*

17
18
19
20
21
22
23
24
25
26
27
28